MARY E. HAWKES, as Administratrix of the Estate of EDWARD J. HAWKES, Deceased, Respondent, *v.* CITY OF BUFFALO, Appellant, et al., Defendants.

Submitted February 25, 1946; decided March 7, 1946.

*Fred C. Maloney, Corporation Counsel* (*Bart J. Shanahan* of counsel), for motion.

*Noel S. Symons* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine a special proceeding, and the purported judgment does not finally determine an action, within the meaning of the Constitution.